

November 16, 2022

**VIA E-MAIL**

Alexandre Cloutier
Founder, CEO
InnovaTools
109 Clement St.
Vars, Ontario K0A 3H0
Canada
info@innovatools.ca

Exhibit C

Re:  Infringement of Tapco Patent

Mr. Cloutier:

This firm represents Royal Building Products (USA) Inc. and the Tapco Tools® brand (hereinafter, collectively, Tapco) with respect to intellectual property matters.  It has come to our attention that InnovaTools is taking pre-orders for brakes and may be involved in a plan to sell such brakes in the United States.  In light of your efforts, InnovaTools needs to be aware that it is illegal to import any brakes into the United States that infringe any of the intellectual property rights of Tapco with respect to its brakes.

As you may know, Tapco has been a leading innovator of brakes for over 50 years. During this time period, Tapco has obtained numerous patents related to brakes.  For example, I have attached copies of U.S. Patent No. 7,549,311; U.S. Patent No. 7,685,858; and U.S. Patent No. 7,954,352.  Based on our examination of your prototypes, it appears that your Contractor Grade Modular Siding Brake and Heavy Duty Modular Bending Brake, which are offered for pre-order at https://innovatools.ca/collections/innovatools-siding-brake, may infringe at least U.S. Patent No. 7,549,311.

In the interest of exemplifying the possible infringement, I have attached a claim chart to show how certain claims of U.S. Patent No. 7,549,311 are applicable to the aforementioned brakes.  Accordingly, we must demand that InnovaTools immediately cease and desist from importing the brakes into the United States.



6300 Riverside Drive
Dublin, Ohio 43017
USA

tel: (614) 792-5555
fax: (614) 792-5536
www.standleyllp.com

InnovaTools
November 16, 2022
Page 2

Please provide your response prior to any shipment of the aforementioned brakes into the United States, and in no event later than December 14, 2022. If any of the brakes (including any other brakes that have or had similar features to those identified in the claim chart) have already been made, sold, or used in the United States, then we must demand an accounting of those brakes so that an appropriate remedy may be determined.

We look forward to your reply. If you believe for any reason that our analysis is incorrect, please provide detailed support for your opinion. Tapco reserves all rights, including the right to amend the exemplary claim chart.

Sincerely,

Jeffrey C. Norris

Attachments: U.S. Patent No. 7,549,311
U.S. Patent No. 7,685,858
U.S. Patent No. 7,954,352

CLAIM CHART – U.S. PATENT NO. 7,549,311

| Claim 1 | InnovaTools Brakes |
|---|---|
| A bending brake assembly for manually bending pieces of sheet metal material comprising: | <br>Contractor Grade Modular Siding Brake<br><br><br>Heavy Duty Modular Bending Grake |
| a frame; | |
| a clamping jaw coupled to said frame for movement between a clamped position and an unclamped position; | |
| a bending arm, | |
| a socket connection rotatably supporting said bending arm on said frame for bending a piece of sheet metal material disposed between said clamping jaw and at least one of said frame and said bending arm, | |
| said socket connection including a male portion and a female portion in sliding engagement with one another, | |
| a bearing sleeve being sandwiched between said male portion and said female portion for facilitating relative movement between said male portion and said female portion, and | |
| a first mechanical connection connecting said bearing sleeve to one of said male portion and said female portion, | |

| said first mechanical connection includes a projection and a recess for securing said bearing sleeve to one of said portions. | Upon information and belief, each of the aforementioned brakes operates with a socket connection comprising a male portion and female portion such as shown by the video at https://www.facebook.com/Innovatoolsinc/videos/onto-wear-testing-the-dual-pivot-hinge-mechanism-onto-another-Million-cyclesthe-/1168805083910428/ (wherein a screenshot is provided below), and the mechanical connection includes a projection that is received in a recess of the bearing sleeve to connect the bearing sleeve to the female portion.<br><br> |

| Claim 4 | InnovaTools Brakes |
|---|---|
| A bending brake assembly as set forth in claim **1** wherein said female portion and said male portion are arcuate and said bearing sleeve is arcuate and complementary to said male and female portions. | The video at https://www.facebook.com/Innovatoolsinc/videos/onto-wear-testing-the-dual-pivot-hinge-mechanism-onto-another-million-cyclesthe-/1168805083910428/ (screenshot above) shows arcuate female and male portions and a complementary arcuate bearing sleeve. |

| Claim 5 | InnovaTools Brakes |
|---|---|
| A bending brake assembly as set forth in claim **1** wherein said female portion of said frame includes a first semi-cylindrical bearing surface extending longitudinally along said frame and wherein said male portion of said bending arm includes a semi-cylindrical bearing surface complimentary to said first semi-cylindrical bearing surface and wherein said bearing sleeve is semi-cylindrical and complementary to said first and second cylindrical bearing surfaces. | The video at https://www.facebook.com/Innovatoolsinc/videos/onto-wear-testing-the-dual-pivot-hinge-mechanism-onto-another-million-cyclesthe-/1168805083910428/ (screenshot above) shows longitudinally extending female and male portions having complementary semi-cylindrical surfaces, which are complementary with a bearing sleeve also having a semi-cylindrical surface |

| Claim 6 | InnovaTools Brakes |
|---|---|
| A bending brake assembly as set forth in claim **1** wherein said bearing sleeve is formed of a polymer. | Upon information and belief, the video at https://www.facebook.com/Innovatoolsinc/videos/onto-wear-testing-the-dual-pivot-hinge-mechanism-onto-another-million-cyclesthe-/1168805083910428/ (screenshot above) shows a polymer bearing sleeve. |

| Claim 15 | InnovaTools Brakes |
|---|---|
| A bending brake assembly for manually bending pieces of sheet metal material comprising: | |
| a frame; | |
| a clamping jaw coupled to said frame for movement between a clamped position and an unclamped position; | |
| a bending arm, | |
| a socket connection rotatably supporting said bending arm on said frame for bending a piece of sheet metal material disposed between said clamping jaw and | |

3

| | |
|---|---|
| at least one of said frame and said bending arm, | |
| said socket connection including a male portion and a female portion in sliding engagement with one another, | |
| a bearing sleeve in contact with said male portion and being sandwiched between said male portion and said female portion for facilitating relative movement between said male portion and said female portion, | |
| wherein said bearing sleeve is formed of a polymer. | |



Contractor Grade Modular Siding Brake

Heavy Duty Modular Bending Brake

4

Upon information and belief, each of the aforementioned brakes operates with a socket connection comprising a male portion and female portion such as shown by the video at https://www.facebook.com/Innovatoolsinc/videos/onto-wear-testing-the-dual-pivot-hinge-mechanism-onto-another-million-cyclesthe-/1168805083910428/ (wherein a screenshot is provided below), wherein the bearing sleeve is formed of a polymer.



| Claim 16 | InnovaTools Brakes |
|---|---|
| A bending brake assembly as set forth in claim **15** including a first mechanical connection connecting said bearing sleeve to one of said male portion and said female portion. | Upon information and belief, each of the aforementioned brakes comprises a mechanical connection that connects the bearing sleeve to the female portion such as shown in the video at https://www.facebook.com/Innovatoolsinc/videos/onto-wear-testing-the-dual-pivot-hinge-mechanism-onto-another-million-cyclesthe-/1168805083910428/ (wherein a screenshot is provided below).<br><br> |

| Claim 17 | InnovaTools Brakes |
|---|---|
| A bending brake assembly as set forth in claim 16 wherein said first mechanical connection includes a projection and a recess for securing said bearing sleeve to one of said portions. | Upon information and belief, the mechanical connection includes a projection that is received in a recess of the bearing sleeve for securing the bearing sleeve to the female portion such as shown by the video at https://www.facebook.com/Innovatoolsinc/videos/onto-wear-testing-the-dual-pivot-hinge-mechanism-onto-another-million-cyclesthe-/1168805083910428/ (screenshot above). |

6

| Claim 20 | InnovaTools Brakes |
|---|---|
| A bending brake assembly as set forth in claim **15** wherein said female portion and said male portion are arcuate and said bearing sleeve is arcuate and complementary to said male and female portions. | The video at https://www.facebook.com/Innovatoolsinc/videos/onto-wear-testing-the-dual-pivot-hinge-mechanism-onto-another-million-cyclesthe-/1168805083910428/ (screenshot above) shows arcuate female and male portions and a complementary arcuate bearing sleeve. |

| Claim 21 | InnovaTools Brakes |
|---|---|
| A bending brake assembly as set forth in claim **15** wherein said female portion of said frame includes a first semi-cylindrical bearing surface extending longitudinally along said frame and wherein said male portion of said bending arm includes a semi-cylindrical bearing surface complimentary to said first semi-cylindrical bearing surface and wherein said bearing sleeve is semi-cylindrical and complementary to said first and second cylindrical bearing surfaces. | The video at https://www.facebook.com/Innovatoolsinc/videos/onto-wear-testing-the-dual-pivot-hinge-mechanism-onto-another-million-cyclesthe-/1168805083910428/ (screenshot above) shows longitudinally extending female and male portions having complementary semi-cylindrical surfaces, which are complementary with a bearing sleeve also having a semi-cylindrical surface |

US007549311B2

(12) **United States Patent**
Break

(10) Patent No.: **US 7,549,311 B2**
(45) Date of Patent: **\*Jun. 23, 2009**

(54) **SHEET METAL BENDING BRAKE**

(75) Inventor: **Douglas G. Break**, Livonia, MI (US)

(73) Assignee: **Tapco International Corporation**, Wixom, MI (US)

( \* ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **12/044,839**

(22) Filed: **Mar. 7, 2008**

(65) **Prior Publication Data**

US 2008/0216549 A1      Sep. 11, 2008

**Related U.S. Application Data**

(60) Continuation of application No. 11/676,857, filed on Feb. 20, 2007, now abandoned, which is a division of application No. 10/984,124, filed on Nov. 9, 2004, now Pat. No. 7,191,631.

(60) Provisional application No. 60/520,472, filed on Nov. 14, 2003, provisional application No. 60/532,281, filed on Dec. 23, 2003.

(51) **Int. Cl.**
*B21D 11/00*      (2006.01)

(52) **U.S. Cl.** ..................................................... **72/319**

(58) **Field of Classification Search** .................. 72/319, 72/320, 321, 387, 388, 452.4, 452.5, 452.6, 72/293
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 864,663 A | 8/1907 | Markel | |
| 3,359,771 A | 12/1967 | Meyerchick, Jr. | |
| 3,380,280 A * | 4/1968 | Wise | .......................... 72/319 |
| 3,817,075 A | 6/1974 | Marsh et al. | |
| 3,877,279 A | 4/1975 | Van Cleave | |
| 4,081,986 A | 4/1978 | Break | |
| 4,092,841 A | 6/1978 | Chambers, Jr. | |
| 4,240,279 A | 12/1980 | Rhoades | |
| 4,282,735 A | 8/1981 | Break | |
| 4,321,817 A | 3/1982 | Barnack | |
| 4,364,226 A | 12/1982 | Chubb et al. | |
| 4,372,142 A | 2/1983 | Rhoades | |
| 4,445,356 A | 5/1984 | Chubb et al. | |
| 4,489,583 A | 12/1984 | Rhoades | |
| 4,493,200 A | 1/1985 | Rhoades | |
| 4,494,397 A | 1/1985 | Rhoades | |
| 4,512,174 A | 4/1985 | Rhoades | |
| RE31,938 E | 7/1985 | Klukow | |
| 4,557,132 A | 12/1985 | Break | |
| 4,557,684 A * | 12/1985 | Romine et al. | .............. 425/383 |
| 4,558,582 A * | 12/1985 | Meinig | ........................ 72/381 |

(Continued)

*Primary Examiner*—Edward Tolan
(74) *Attorney, Agent, or Firm*—Howard & Howard Attorneys PLLC

(57) **ABSTRACT**

A sheet metal bending brake having a frame with a sheet metal support surface. A clamping jaw is movable relative to the frame support surface to clamp the sheet metal between the clamping jaw and the frame. The clamping jaw has a linear front edge. An elongated bending arm is pivotally mounted to the frame by an elongated flexible strap having spaced apart edges. One edge of the strap is secured to the bending arm while the other edge of the strap is secured to the frame such that the bending arm extends parallel to and closely adjacent the clamping jaw front edge.

**29 Claims, 4 Drawing Sheets**



**US 7,549,311 B2**

Page 2

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,566,304 | A | 1/1986 | Van Cleave et al. |
| 4,592,518 | A | 6/1986 | Chubb et al. |
| 4,651,553 | A | 3/1987 | Rhoades |
| 4,671,094 | A | 6/1987 | Break |
| 4,766,757 | A | 8/1988 | Break et al. |
| 4,875,356 | A * | 10/1989 | Boardman et al. ............ 72/321 |
| 5,343,728 | A | 9/1994 | Chubb et al. |
| 5,353,620 | A | 10/1994 | Olsen et al. |
| 5,505,069 | A | 4/1996 | Break et al. |
| 5,582,053 | A | 12/1996 | Chubb et al. |
| 5,582,055 | A | 12/1996 | Chubb et al. |
| 5,644,940 | A | 7/1997 | Chubb et al. |
| 5,706,692 | A | 1/1998 | Chubb et al. |
| 5,706,693 | A | 1/1998 | Chubb et al. |
| 5,743,129 | A | 4/1998 | Chubb et al. |
| 5,761,939 | A | 6/1998 | Spencer et al. |
| 5,992,203 | A | 11/1999 | Chubb et al. |
| 6,003,357 | A | 12/1999 | Brown |
| 6,085,569 | A | 7/2000 | Chubb et al. |
| 6,389,864 | B1 | 5/2002 | Chubb et al. |
| 6,532,789 | B1 | 3/2003 | Chubb et al. |
| 6,571,594 | B2 | 6/2003 | Clark |
| 6,675,619 | B2 | 1/2004 | Clark |
| 6,748,784 | B1 | 6/2004 | Chubb et al. |
| 6,802,198 | B2 | 10/2004 | Clark |
| 6,901,783 | B2 | 6/2005 | Clark |
| 6,941,788 | B2 | 9/2005 | Goubaud |
| 7,043,950 | B2 | 5/2006 | Clark et al. |
| 7,117,705 | B2 | 10/2006 | Clark |
| 7,191,631 | B2 * | 3/2007 | Break ......................... 72/319 |
| 7,228,721 | B2 | 6/2007 | Clark |
| 2007/0277577 | A1 | 12/2007 | Allen et al. |
| 2008/0034828 | A1 | 2/2008 | Clark |

\* cited by examiner



*Fig-1*



Fig-2

Fig-3



*Fig-4*



*Fig-5*

US 7,549,311 B2

1

# SHEET METAL BENDING BRAKE

## RELATED APPLICATIONS

This application is a Continuation of U.S. Non-Provisional patent application Ser. No. 11/676,857 filed Feb. 20, 2007 now abandoned, which is a Divisional of U.S. Non-Provisional patent application Ser. No. 10/984,124 filed Nov. 9, 2004, now U.S. Pat. No. 7,191,631, which claims priority of U.S. Provisional Patent Application Ser. No. 60/520,472 filed Nov. 14, 2003 and Ser. No. 60/532,281 filed Dec. 23, 2003, which are incorporated herein by reference.

## BACKGROUND OF THE INVENTION

I. Field of the Invention

The present invention relates generally to sheet metal bending brakes and, more particularly, to a sheet metal bending brake with an improved hinge.

II. Description of Related Art

There are many previously known portable sheet metal bending brakes that are used in the building industry, typically for the installation of aluminum siding. These previously known sheet metal bending brakes typically comprise a frame having a planar work support surface which supports the sheet metal as well as a plurality of spaced frame members which extend over the work support surface.

A plurality of elongated pivot arms are pivotally secured at one end to the spaced apart frame members. An elongated clamping jaw is then mounted to the opposite end of each pivot arm such that upon pivoting of the pivot arms, the clamping jaw moves toward and away from the work support surface on the frame.

Any conventional means can be used to move the pivot arms with their attached clamping jaw between their clamping and unclamped position. In their unclamped position, the clamping jaw is spaced apart from the sheet metal support surface thus permitting the insertion and/or removal of sheet metal into the bending brake. Conversely, when the pivot arms are moved to their clamping position, the sheet metal is sandwiched in between the clamping jaw and the work support surface on the frame. Any conventional means may be used to move the clamping jaw between its clamping and unclamped positions.

An elongated bending arm is pivotally mounted to the frame such that the bending arm extends along the front edge of the workpiece support surface on the frame closely adjacent the front edge of the clamping jaw when in its clamped position. Consequently, with a piece of sheet metal positioned in between the frame and the clamping jaw such that a portion of the sheet metal protrudes outwardly from the front edge of the clamping jaw, pivotal movement of the bending arm in turn engages the outwardly protruding portion of the sheet metal and bends that outwardly protruding portion in the desired fashion.

There have been many previously known devices for pivotally mounting the bending arm to the frame. All of these previously known pivoting mechanisms, however, all suffer from one or more common problems.

More specifically, many of the previously known hinge mechanisms for pivotally securing the bending arm to the frame scuffed the surface of the sheet metal during the bending operation. In many situations, such scuffing is cosmetically unacceptable.

Similarly, many of the previously known hinge mechanisms for sheet metal bending brakes are incapable of bending the sheet metal when only a very small amount of sheet

2

metal protrudes outwardly from the clamping jaw. For example, many previously known bending brakes are incapable of forming a bend in sheet metal of less than 3/16 of an inch in width. Similarly, many of the previously known hinge mechanisms for sheet metal bending brakes are incapable of producing hems of very small widths.

## SUMMARY OF THE PRESENT INVENTION

The present invention provides a portable sheet metal bending brake which overcomes all of the above-mentioned disadvantages of the previously known devices.

In brief, the sheet metal bending brake of the present invention comprises a frame having a sheet metal support surface extending longitudinally along the frame. A clamping jaw is movably mounted to the frame such that the clamping jaw is movable between a clamped position relative to the sheet metal support surface and an unclamped position. In its clamped position, the clamping jaw sandwiches a piece of sheet metal in between the clamping jaw and the sheet metal support surface on the frame. Conversely, in its unclamped position, the clamping jaw is spaced away from the sheet metal support surface to enable sheet metal to be positioned into or removed from the bending brake. Any conventional means may be used to move the clamping jaw between its clamped and unclamped position.

An elongated bending arm is pivotally mounted to the frame such that the arm extends longitudinally along the sheet metal frame adjacent the front edge of the sheet metal support surface. In order to pivotally secure the bending arm to the frame, an elongated flexible strap having spaced-apart edges is provided. One edge of the flexible strap is secured to the frame while an intermediate point of the flexible strap is secured to the bending arm such that the connection between the flexible strap and the bending arm is closely adjacent to and parallel to the front edge of the clamping jaw when the clamping jaw is in its clamped position.

Preferably the frame includes a semi-cylindrical bearing surface which extends parallel to and is spaced outwardly from the front edge of the jaw when the jaw is in its clamped position. The bending arm in turn includes a semi-cylindrical bearing surface which nests within the-frame bearing surface to provide support for the bending arm both during and after a bending operation. A bearing sleeve is also preferably sandwiched in between the bearing surfaces on the bending arm and frame.

## BRIEF DESCRIPTION OF THE DRAWING

A better understanding of the present invention will be had upon reference to the following detailed description, when read in conjunction with the accompanying drawing, wherein like reference characters refer to like parts throughout the several views, and in which:

FIG. 1 is an elevational view illustrating a preferred embodiment of the present invention;

FIG. 2 is a fragmentary sectional view illustrating a portion of the preferred embodiment of the present invention;

FIG. 3 is a fragmentary view illustrating a portion of the preferred embodiment of the present invention;

FIG. 4 is a view similar to FIG. 2, but illustrating the operation of the sheet metal bending brake of the present invention; and

FIG. 5 is a view similar to FIG. 4 but illustrating the sheet metal bending 10 brake in a full bend position.

US 7,549,311 B2

3

DETAILED DESCRIPTION OF A PREFERRED
EMBODIMENT OF THE PRESENT INVENTION

With reference first to FIG. 1, a preferred embodiment of
the portable sheet metal bending brake 10 of the present
invention is shown and includes a stationary frame 12 which
is constructed of any rigid material, such as metal. The frame
12 is supported in any conventional fashion, such as by a stand
(not shown). Additionally, the frame 12 includes an elongated
sheet metal support surface 14 which is adapted to receive and
support a piece of sheet metal within the bending brake 10.

A plurality of rigid frame members 16 are secured to the
frame 12 such that the frame members 16 are longitudinally
spaced from each other along the frame 12. The frame mem-
bers 16 are secured to the frame 12 such that the frame
members 16 are spaced upwardly from the sheet metal sup-
port surface 14.

A pivot arm 18 is pivotally secured at one end 20 to each
frame member 16 so that the pivot arms 18 are also longitu-
dinally spaced apart from each other along the frame 12. An
elongated clamping jaw 22 is secured to the front or opposite
end 24 of each pivot arm 18 so that the clamping jaw 22
extends longitudinally along the frame 12 above the sheet
metal support surface 14.

With reference now to FIGS. 1 and 2, the clamping jaw 22
is movable between a clamped position, illustrated in solid
line in FIG. 2, and an unclamped 10 position, illustrated in
phantom line in FIG. 2. In its unclamped position (phantom
line in FIG. 2), the clamping jaw 22 is spaced apart from the
sheet metal support surface 14 to enable the insertion or
removal of a piece 26 of sheet metal into the sheet metal
bending brake 10. Conversely, in its clamped position (solid
line in FIG. 2), the piece 26 of sheet metal is sandwiched in
between the clamping jaw 22 and the sheet metal support
surface 14 on the frame 12.

With reference now particularly to FIG. 2, the frame 12
includes a female portion 86 having a semi-cylindrical bear-
ing surface 30 which extends longitudinally along the frame
12 and so that the bearing surface 30 is substantially aligned
with a front edge 32 of the clamping jaw 22. Preferably, the
cylindrical bearing surface 30 and the frame 12 are of a
one-piece construction and thus rigid with respect to each
other.

An elongated bending arm 34 also includes a male portion
88 having a semi-cylindrical bearing surface 36 which is
complementary in shape to the bearing surface 30 on the
frame 12. The bending arm 34 is mounted to the frame 12 so
that the bending arm bearing surface 36 is nested within and
supported by the bearing surface 30 on the frame 12, i.e.,
forming a socket connection including the male portion and
the female portion in sliding engagement with one another.
Additionally, a bearing sleeve 38 is sandwiched in between
the bearing surfaces 30 and 36 to minimize friction between
the bending arm 34 and frame 12. As shown in FIGS. 1-5, the
frame 12 defines a recess 90 extending longitudinally along
the frame 12 and the bearing sleeve 38 defines a projection 92
engaged with and extending longitudinally along the recess
90. The recess 90 is semi-cylindrical and the projection 92 is
semi-cylindrical and complementary to the recess 90. The
bearing sleeve 38 may be of any conventional construction,
such as a high molecular weight synthetic material and/or a
fluoropolymer.

Referring to FIG. 2, a T slot or rectangular channel 40 is
formed in the bending arm 34 and the channel 40 is aligned
with the front edge 32 of the clamping jaw 22. Similarly, a T

4

slot or channel 42 is also formed in the frame 12 such that the
channels 40 and 42 are spaced apart and generally parallel to
each other.

An elongated flexible strap 50, preferably constructed of
polyurethane, pivotally secures the bending arm 34 to the
frame 12. As best shown in FIG. 2, the 15 flexible strap 50
includes a first longitudinally extending protrusion 52 at an
intermediate point between the sides or edges 54 and 56 of the
flexible strap 50. This protrusion 52 is positioned within the
channel 40 formed on the bending brake 34. In order to ensure
a locking engagement between the flexible strap 50 and the
bending brake 34, a metal pin 58, best shown in FIGS. 2 and
3, is inserted into a longitudinal 20 bore formed in the pro-
trusion 52 after insertion of the protrusion 52 into the channel
40.

The flexible strap 50 also preferably includes a second
elongated protrusion 60 which extends longitudinally along
the strap 50 adjacent its rear edge 56. This protrusion 60 is
lockingly positioned within the channel 42 formed on the
frame 12.

With reference now to FIG. 4, the operation of the bending
brake 10 will now be described. First, the piece 26 of sheet
metal is positioned in between the clamping jaw 22 and the
frame 12 so that, when the clamping jaw 22 is moved to its
clamped position, the piece 26 of sheet metal is rigidly held to
the frame 12 and so that a portion 70 of the sheet metal to be
bent protrudes outwardly from the front edge 32 of the clamp-
ing jaw 22. Thereafter, the bending arm 34 is pivoted from the
position shown in FIG. 2 and toward the position shown in
FIG. 4. In doing so, the bearing surfaces 30 and 36 on the
frame 12 and bending arm 34 pivot relative to each other. As
the bending arm 34 is pivoted, the portion 35 of the bending
arm 34 beneath the protruding portion 70 of the sheet metal
piece 26 bends the sheet metal 70 about the outer edge 32 of
the clamping arm 22. It will be understood, of course, that the
degree of bending of the sheet metal portion 70 shown in FIG.
4 is by way of example only and hut sheet metal bends of
different angles are formed by merely pivoting the bending
arm 34 to the desired angle relative to the frame 12.

With reference now to FIGS. 1 and 5, at least one, and
preferably two or more spaced non-elastic cables 80 each
have one end 82 secured to the frame 12 and their other end 84
secured to the bending arm 34. The cables 80 each have a
length such that, during a full bend operation as illustrated in
FIG. 5 in which the bending arm 34 sandwiches the sheet
metal between the bending arm 34 and the clamping jaw 22,
the cables 80 become taut and abut against both the bending
arm 34 and the frame 12 to limit the rotation of the bending
arm 34 to the full bend position shown in FIG. 5. In practice
the cables 80, by limiting the pivotal position of the bending
arm 34 relative to the frame 12, prevent stretching of the
flexible strap 50. Furthermore, the cables 80 may alterna-
tively be in the form of a non-elastic flat strip.

In practice, the provision of the flexible strap 50 for pivot-
ally securing the bending arm 34 to the frame 12 not only
prevents scuffing of the sheet metal during the bending opera-
tion but also enables very narrow outwardly protruding por-
tions 70 of the sheet metal to be bent due to the continuous
contact between the flexible strap 50 and the sheet metal.

Additionally, the sheet metal bending brake can also be
used to perform hems. In order to perform a hem, the out-
wardly protruding portion 26 of the sheet metal is bent against
the top of the clamping jaw 22. The clamping jaw 22 is then
moved to its unclamped position and the bent sheet metal
removed from the sheet metal bending brake. Thereafter, the
bent portion of the sheet metal is positioned on a top surface

US 7,549,311 B2

5

72 (FIG. 4) of the clamping jaw 22 and the bending arm 34 pivoted against the top surface 72 of the clamping jaw 22 to finalize the hem.

From the foregoing, it can be seen that the present invention provides a simple and yet highly effective portable sheet metal bending brake with an improved hinge for the bending arm. Having described my invention, however, many modifications thereto will become apparent to those skilled in the art to which it pertains without deviation from the spirit of the invention as defined by the scope of the appended claims.

I claim:

1. A bending brake assembly for manually bending pieces of sheet metal material comprising:

a frame;

a clamping jaw coupled to said frame for movement between a clamped position and an unclamped position;

a bending arm,

a socket connection rotatably supporting said bending arm on said frame for bending a piece of sheet metal material disposed between said clamping jaw and at least one of said frame and said bending arm,

said socket connection including a male portion and a female portion in sliding engagement with one another,

a bearing sleeve being sandwiched between said male portion and said female portion for facilitating relative movement between said male portion and said female portion, and

a first mechanical connection connecting said bearing sleeve to one of said male portion and said female portion,

said first mechanical connection includes a projection and a recess for securing said bearing sleeve to one of said portions.

2. A bending brake assembly as set forth in claim 1 wherein said frame defines said recess extending longitudinally along said frame and said bearing sleeve defines said projection engaged with and extending longitudinally along said recess.

3. A bending brake assembly as set forth in claim 2 wherein said recess is semi-cylindrical and said projection is semi-cylindrical and complimentary to said recess.

4. A bending brake assembly as set forth in claim 1 wherein said female portion and said male portion are arcuate and said bearing sleeve is arcuate and complementary to said male and female portions.

5. A bending brake assembly as set forth in claim 1 wherein said female portion of said frame includes a first semi-cylindrical bearing surface extending longitudinally along said frame and wherein said male portion of said bending arm includes a semi-cylindrical bearing surface complimentary to said first semi-cylindrical bearing surface and wherein said bearing sleeve is semi-cylindrical and complementary to said first and second cylindrical bearing surfaces.

6. A bending brake assembly as set forth in claim 1 wherein said bearing sleeve is formed of a polymer.

7. A bending brake assembly as set forth in claim 1 further including a flexible strap supported by said frame and said bending arm for protective receipt the piece of sheet metal material directly between said flexible strap and said clamping jaw.

8. A bending brake assembly as set forth in claim 7 wherein said flexible strap is disposed between the piece of sheet metal material and the bending arm

9. A bending brake assembly as set forth in claim 8 wherein movement of said bending arm plastically bends the piece of sheet metal material about the clamping jaw and resiliently flexes the flexible strap about the clamping jaw and the piece of sheet metal material.

6

10. A bending brake assembly as set forth in claim 7 wherein said flexible strap has a first protrusion received in a first groove in said bending arm for locking engagement to said bending arm and wherein said flexible strap has a second protrusion received in a second groove in said frame for locking engagement to said frame.

11. A bending brake assembly as set forth in claim 10 wherein said first protrusion is located beneath said clamping jaw when said bending arm is in a staged position and is located above the clamping jaw when the bending arm is in an operated position.

12. A bending brake assembly as set forth in claim 7 wherein said flexible strap is elastic.

13. A bending brake assembly as set forth in claim 12 further including a second flexible strap that is non-elastic and connected directly between said bending arm and said frame.

14. A bending brake assembly as set forth in claim 7 wherein said flexible strap is made of polyurethane.

15. A bending brake assembly for manually bending pieces of sheet metal material comprising:

a frame;

a clamping jaw coupled to said frame for movement between a clamped position and an unclamped position;

a bending arm,

a socket connection rotatably supporting said bending arm on said frame for bending a piece of sheet metal material disposed between said clamping jaw and at least one of said frame and said bending arm,

said socket connection including a male portion and a female portion in sliding engagement with one another,

a bearing sleeve in contact with said male portion and being sandwiched between said male portion and said female portion for facilitating relative movement between said male portion and said female portion,

wherein said bearing sleeve is formed of a polymer.

16. A bending brake assembly as set forth in claim 15 including a first mechanical connection connecting said bearing sleeve to one of said male portion and said female portion.

17. A bending brake assembly as set forth in claim 16 wherein said first mechanical connection includes a projection and a recess for securing said bearing sleeve to one of said portions.

18. A bending brake assembly as set forth in claim 17 wherein said frame defines said recess extending longitudinally along said frame and said bearing sleeve defines said projection engaged with and extending longitudinally along said recess.

19. A bending brake assembly as set forth in claim 18 wherein said recess is semi-cylindrical and said projection is semi-cylindrical and complimentary to said recess.

20. A bending brake assembly as set forth in claim 15 wherein said female portion and said male portion are arcuate and said bearing sleeve is arcuate and complementary to said male and females portions.

21. A bending brake assembly as set forth in claim 15 wherein said female portion of said frame includes a first semi-cylindrical bearing surface extending longitudinally along said frame and wherein said male portion of said bending arm includes a semi-cylindrical bearing surface complimentary to said first semi-cylindrical bearing surface and wherein said bearing sleeve is semi-cylindrical and complementary to said first and second cylindrical bearing surfaces.

22. A bending brake assembly as set forth in claim 15 further including a flexible strap supported by said frame and said bending arm for protective receipt the piece of sheet metal material directly between said flexible strap and said clamping jaw.

US 7,549,311 B2

7

**23**. A bending brake assembly as set forth in claim **22** wherein said flexible strap is disposed between the piece of sheet metal material and the bending arm.

**24**. A bending brake assembly as set forth in claim **23** wherein movement of said bending arm plastically bends the piece of sheet metal material about the clamping jaw and resiliently flexes the flexible strap about the clamping jaw and the piece of sheet metal material.

**25**. A bending brake assembly as set forth in claim **22** wherein said flexible strap has a first protrusion received in a first groove in said bending arm for locking engagement to said bending arm and wherein said flexible strap has a second protrusion received in a second groove in said frame for locking engagement to said frame.

8

**26**. A bending brake assembly as set forth in claim **25** wherein said first protrusion is located beneath said clamping jaw when said bending arm is in a staged position and is located above the clamping jaw when the bending arm is in an operated position.

**27**. A bending brake assembly as set forth in claim **22** wherein said flexible strap is elastic.

**28**. A bending brake assembly as set forth in claim **27** further including a second flexible strap that is non-elastic and connected directly between said bending arm and said frame.

**29**. A bending brake assembly as set forth in claim **22** wherein said flexible strap is made of polyurethane.

\*   \*   \*   \*   \*

US007685858B2

(12) **United States Patent**
Allen et al.

(10) Patent No.: **US 7,685,858 B2**
(45) Date of Patent: **Mar. 30, 2010**

(54) **SHEET METAL BENDING BRAKE**

(75) Inventors: **Clyde G. Allen**, Lapeer, MI (US); **Todd M. Lajewski**, Lapeer, MI (US); **Douglas Break**, Livonia, MI (US)

(73) Assignee: **Tapco International Corporation**, Wixom, MI (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 239 days.

(21) Appl. No.: **12/051,376**

(22) Filed: **Mar. 19, 2008**

(65) **Prior Publication Data**

US 2008/0223103 A1    Sep. 18, 2008

**Related U.S. Application Data**

(63) Continuation of application No. 11/262,631, filed on Oct. 31, 2005, now abandoned.

(60) Provisional application No. 60/623,468, filed on Oct. 29, 2004.

(51) **Int. Cl.**
*B21D 11/00*    (2006.01)

(52) **U.S. Cl.** ...................................... **72/319**

(58) **Field of Classification Search** .......... 72/319–323, 72/387, 388
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,817,075 | A | 6/1974 | Marsh et al. |
| 3,877,279 | A | 4/1975 | Van Cleave |
| 4,081,986 | A | 4/1978 | Break |
| 4,092,841 | A | 6/1978 | Chambers, Jr. |
| 4,240,279 | A | 12/1980 | Rhoades |
| 4,282,735 | A * | 8/1981 | Break ........................... 72/319 |
| 4,321,817 | A | 3/1982 | Barnack |
| 4,364,254 | A | 12/1982 | Chubb et al. |

| | | | |
|---|---|---|---|
| 4,372,142 | A | 2/1983 | Rhoades |
| 4,445,356 | A | 5/1984 | Chubb et al. |
| 4,489,583 | A | 12/1984 | Rhoades |
| 4,493,200 | A | 1/1985 | Rhoades |
| 4,494,397 | A | 1/1985 | Rhoades |
| 4,512,174 | A | 4/1985 | Rhoades |
| RE31,938 | E | 7/1985 | Klukow |
| 4,557,132 | A | 12/1985 | Break |

(Continued)

FOREIGN PATENT DOCUMENTS

WO        2005049243 A2    6/2005

*Primary Examiner*—Dana Ross
*Assistant Examiner*—Debra M Sullivan
(74) *Attorney, Agent, or Firm*—Howard & Howard Attorneys PLLC

(57) **ABSTRACT**

A bending brake assembly for manually bending pieces of sheet metal material including a base supporting a plurality of c-shaped members presenting opposing clamping surfaces for receiving the sheet metal material. An extension extends away from the clamping surfaces with a socket connection rotatably supporting a bending member on the base for bending the sheet metal material disposed between the clamping surfaces. The socket connection includes a mate portion and a female portion in sliding engagement with one another as the bending member moves between a pre-bending position, a first operating position, and a second operating position. A finger extends from the male portion and defines a gap between the finger and the extension when in the pre-bending position with the finger maintaining the gap as the finger moves from the pre-bending position to the first operating position and the finger engaging the extension when in the second operating position.

**15 Claims, 8 Drawing Sheets**



**US 7,685,858 B2**

Page 2

---

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,566,304 | A | 1/1986 | Van Cleave et al. |
| 4,592,518 | A | 6/1986 | Chubb et al. |
| 4,651,553 | A | 3/1987 | Rhoades |
| 4,671,094 | A | 6/1987 | Break |
| 4,766,757 | A | 8/1988 | Break et al. |
| 5,343,728 | A | 9/1994 | Chubb et al. |
| 5,353,620 | A | 10/1994 | Olsen et al. |
| 5,505,069 | A | 4/1996 | Break et al. |
| 5,582,053 | A | 12/1996 | Chubb et al. |
| 5,582,055 | A | 12/1996 | Chubb et al. |
| 5,706,692 | A | 1/1998 | Chubb et al. |
| 5,706,693 | A | 1/1998 | Chubb et al. |
| 5,743,129 | A | 4/1998 | Chubb et al. |
| 5,761,939 | A | 6/1998 | Spencer et al. |
| 5,992,203 | A | 11/1999 | Chubb et al. |
| 6,003,357 | A | 12/1999 | Brown |
| 6,085,569 | A | 7/2000 | Chubb et al. |
| 6,389,864 | B1 | 5/2002 | Chubb et al. |
| 6,571,594 | B2 | 6/2003 | Clark |
| 6,675,619 | B2 | 1/2004 | Clark |
| 6,802,198 | B2 | 10/2004 | Clark |
| 6,901,783 | B2 | 6/2005 | Clark |
| 6,941,788 | B2 * | 9/2005 | Goubaud ..................... 72/319 |
| 7,043,950 | B2 | 5/2006 | Clark et al. |
| 7,117,705 | B2 | 10/2006 | Clark |
| 7,191,631 | B2 | 3/2007 | Break |
| 7,228,721 | B2 | 6/2007 | Clark |
| 2002/0124621 | A1 | 9/2002 | Clark |
| 2003/0084698 | A1 | 5/2003 | Clark |
| 2004/0099034 | A1 | 5/2004 | Clark |
| 2005/0103081 | A1 | 5/2005 | Break |
| 2005/0150269 | A1 | 7/2005 | Clark |
| 2007/0175257 | A1 | 8/2007 | Break |
| 2008/0034828 | A1 | 2/2008 | Clark |

* cited by examiner



**FIG - 1**



FIG - 2



FIG - 3



FIG - 4



FIG - 5

FIG - 6



**FIG - 7**



**FIG - 8**



FIG - 9

FIG - 10

US 7,685,858 B2

1

# SHEET METAL BENDING BRAKE

## CROSS REFERENCE TO RELATED APPLICATION

This application is a Continuation of U.S. Non-Provisional patent application Ser. No. 11/262,631 filed Oct. 31, 2005, now abandoned which claims the benefit of U.S. Provisional Patent Application Ser. No. 60/623,468, filed Oct. 29, 2004, in which all contents are incorporated herein in their entirety.

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

The subject invention relates to a bending brake assembly for manually bending pieces of sheet metal material.

### 2. Description of the Prior Art

A bending brake assembly generally includes a base and a plurality of generally c-shaped members supported by the base and each presenting opposing clamping surfaces for receiving a sheet of metal material between the clamping surfaces. Furthermore, the assembly generally includes a bending member and a socket connection rotatably supporting the bending member on the base for bending a piece of sheet metal material disposed between the clamping surfaces. The socket connection generally includes a male portion and a female portion in sliding engagement with one another or connected by a pin hinge connection to one another. Examples of bending brake assemblies and socket connections as specified are shown in U.S. Pat. No. 4,282,735, issued to Douglas G. Break and in U.S. Pat. No. 6,389,864, issued to Arthur B. Chubb. Further, U.S. Pat. No. 4,282,735 discloses a finger in constant engagement with an extension as the bending member rotates to bend the sheet metal material. The effort required to rotate the bending member is greater than other designs due to the constant engagement between the finger and the extension. Also, a portion of the bending member abuts and moves along the sheet metal material as the bending member rotates to bend the sheet metal material, which may cause marring of the sheet metal material. Another example is U.S. Pat. No. 4,557,132 issued to Douglas G. Break which discloses a bending brake assembly including a base having a plurality of projections spaced from each other and disposed along a length of the bending brake assembly. Each of the projections of the base define a slot for receiving a pin. The bending brake assembly further includes a bending member having a plurality of projections spaced from each other with each of the projections of the bending member defining an opening. Each of the projections of the bending member is disposed between a pair of adjacent projections of the base such that the pin is disposed through the slot and the opening of each of the projections of the base and the bending member for coupling the bending member to the base to allow movement of the bending member relative to the base. However, each of the projections and the opening of the bending member and each of the projections and the slot of the base are formed by machining which is expensive and time consuming to manufacture.

Constant and continuous usage of the bending brake assembly causes the male portion to erode due to the frictional force generated by the surface of the male portion sliding

2

against the surface of the female portion during the process of bending a piece of sheet metal material.

## SUMMARY OF THE INVENTION AND ADVANTAGES

The present invention provides such a bending brake assembly including a bearing strip being sandwiched between a male portion and a female portion for facilitating relative movement between the male portion and the female portion. The present invention further provides for an extension extending from a base and a finger extending from the male portion and defining a gap between the finger and the extension when in a pre-bending position with the finger maintaining the gap as the finger moves from the pre-bending position to a first operating position and the finger engaging the extension when in a second operating position for reducing an amount of effort to elevate a bending member and for improving a precision of bending a sheet metal material. In addition, the male portion contacts the sheet metal material in substantially a same relative position of contact during movement from the pre-bending position to the first and second operating positions which aids in minimizing marring of the sheet metal material. Additionally, the finger and the extension design eliminates having to machine some of the components as required in the prior art design as discussed above.

The bearing strip minimizes the erosion of the male portion due to the frictional force generated by the surface of the male portion sliding against the surface of the female portion during the process of bending a piece of sheet metal material.

## BRIEF DESCRIPTION OF THE DRAWINGS

Other advantages of the present invention will be readily appreciated, as the same becomes better understood by reference to the following detailed description when considered in connection with the accompanying drawings wherein:

FIG. **1** is a perspective view of a sheet bending brake assembly embodying the invention;

FIG. **2** is a perspective view of a base of the present invention;

FIG. **3** is an alternative perspective view of the base shown in FIG. **2**;

FIG. **4** is a vertical sectional view of the sheet bending brake assembly;

FIG. **5** is an alternative vertical sectional view of the sheet bending brake assembly;

FIG. **6** is a front view of the sheet bending brake assembly;

FIG. **7** is an alternative perspective view of the sheet bending brake assembly;

FIG. **8** is a top plan view of the sheet bending brake assembly;

FIG. **9** is a perspective view of a socket connection of the present invention; and

FIG. **10** is an operational perspective view of the socket connection shown in FIG. **9**.

## DETAILED DESCRIPTION OF THE INVENTION

Referring to the Figures, wherein like numerals indicate corresponding parts throughout the several views, a bending brake assembly for manually bending pieces of sheet metal material is shown including a base (**20**). A plurality of generally c-shaped members (**22**) are supported by the base (**20**) and each c-shaped member (**22**) presents opposing clamping surfaces (**24**) for receiving a sheet metal material between the

US 7,685,858 B2

3

clamping surfaces (24). An extension (60) extends from the base (20) away from the clamping surfaces (24) to a distal end surface (62).

The bending brake assembly also includes a bending member (26). A socket connection (28) rotatably supports the bending member (26) on the base (20) for bending a piece of sheet metal material disposed between the clamping surfaces (24). The socket connection (28) includes a male portion (30) and a female portion (32) in sliding engagement with one another.

The bending brake assembly includes a bearing strip (34) being sandwiched between the male portion (30) and the female portion (32) for facilitating relative movement between the male portion (30) and the female portion (32). The bearing strip (34) minimizes the erosion of the male portion (30) which occurs due to the frictional force exerted on the male portion (30) when the male portion (30) slides against the female portion (32) due to the bending member (26) being used to bend sheet metal material.

The bending brake assembly also includes a first mechanical connection (36) that connects the bearing strip (34) to one of the male portion (30) and the female portion (32). The first mechanical connection (36) includes a projection (38) and a recess (40) for securing the bearing strip (34) to one of the portions (30, 32).

The female portion (32) and the male portion (30) are arcuate and the bearing strip (34) is arcuate and complementary to the portions (30, 32). The male portion (30) presents an arcuate upper surface (42) and the base (20) includes an inner surface (64) defining a pocket (44) with the arcuate upper surface (42) engaging the inner surface (64). The pocket (44) defines a fulcrum engaging the upper surface (42) of the male portion (30) for guiding arcuate movement of the bending member (26) as the arcuate male portion (30) slides along the bearing strip (34).

The male portion (30) is configured for applying force to a sheet metal material so that the sheet metal material can be bent with precision and accuracy. The configuration entails the male portion (30) presenting a slanted corner (46) for bending the sheet metal material. The slanted corner (46) permits direct force to be applied to the sheet metal material at a particular location.

A rubber strip (48) is secured to the slanted corner (46) and abut the extension (60) when in a pre-bending position for preventing damage to the sheet metal material as the bending member (26) moves between a first operating position and a second operating position. In operation the bending member (26) is raised which causes the rubber strip (48) secured to the slanted corner (46) to directly contact the sheet metal material. The rubber strip (48) prevents the possibility of slippage by the bending member (26) once it contacts the sheet metal material. The rubber strip (48) also prevents the sheet metal material from being marred by scratches and dents which could occur if the bending member (26) directly contacted the sheet metal material during the bending process. Both the bending member (26) and the sheet metal material are formed of metal properties which make it likely that the sheet metal material could be damaged by impact of the two metals contacting each other directly during the bending process.

A second mechanical connection (50) secures the rubber strip (48) to the male portion (30). The second mechanical connection (50) includes a protrusion (52) and a nook (54) for securing the rubber strip (48) to the male portion (30).

A finger (56) extends from a distal end (58) of the male portion (30) for engaging the pocket (44) to limit movement of the male portion (30) into the pocket (44) in the pre-bending position of the bending member (26). The finger (56)

4

extends from the male portion (30) and defines a gap (66) between the finger (56) and the extension (60) when in the pre-bending position. The finger (56) maintains the gap (66) as the finger (56) moves from the pre-bending position to the first operating position and the finger (56) engages the extension (60) when in the second operating position for reducing an amount of effort to elevate the bending member (26) and for improving a precision of bending the sheet metal material. Referring to FIGS. 9 and 10, the bending member (26) is shown in the pre-bending position in solid lines. Further, as shown in phantom lines in FIG. 10, the bending member (26) is shown in the first and second operating positions. The gap (66) reduces in size as the distal end (58) and the finger (56) move from the pre-bending position to the first operating position. The finger (56) and the distal end (58) further include an outer surface (68) abutting the inner surface (64) of the base (20) when in the pre-bending position with the outer surface (68) spaced from the inner surface (64) when in the first and second operating positions. The finger (56) also behaves as a stop for the male portion (30) by ensuring that the male portion (30) does not disengage from the female portion (32) during the bending process wherein the bending member (26) is elevated. More specifically, the finger (56) includes an engagement surface (70) configured to complement the distal end surface (62) for maintaining engagement between the finger (56) and the extension (60) when in the second operating position.

Obviously, many modifications and variations of the present invention are possible in light of the above teachings. The invention may be practiced otherwise than as specifically described within the scope of the appended claims, wherein that which is prior art is antecedent to the novelty set forth in the "characterized by" clause. The novelty is meant to be particularly and distinctly recited in the "characterized by" clause whereas the antecedent recitations merely set forth the old and well-known combination in which the invention resides. These antecedent recitations should be interpreted to cover any combination in which the incentive novelty exercises its utility. In addition, the reference numerals in the claims are merely for convenience and are not to be read in any way as limiting.

What is claimed is:

1. A bending brake assembly for manually bending pieces of sheet metal material comprising:

a base;

a plurality of generally c-shaped members supported by said base and each presenting opposing clamping surfaces for receiving the sheet metal material between said clamping surfaces;

an extension extending from said base away from said clamping surfaces;

a bending member movable between a pre-bending position, a first operating position, and a second operating position;

a socket connection rotatably supporting said bending member on said base for bending the sheet metal material disposed between said clamping surfaces;

said socket connection including a male portion and a female portion in sliding engagement with each other as said bending member moves between said pre-bending position, said first operating position and said second operating position; and

a finger extending from said male portion and defining a gap between said finger and said extension when in said pre-bending position with said finger maintaining said gap as said finger moves from said pre-bending position to said first operating position and said finger engaging

US 7,685,858 B2

5

said extension when in said second operating position for reducing an amount of effort to elevate said bending member and for improving a precision of bending the sheet metal material.

**2**. A bending brake assembly as set forth in claim **1** wherein said male portion includes a distal end with said finger extending from said distal end such that said gap reduces size as said distal end and said finger move from said pre-bending position to said first operating position.

**3**. A bending brake assembly as set forth in claim **2** wherein said extension extends to a distal end surface for engaging said finger when in said second operating position.

**4**. A bending brake assembly as set forth in claim **3** wherein said finger includes an engagement surface configured to complement said distal end surface for maintaining engagement between said finger and said extension when in said second operating position.

**5**. A bending brake assembly as set forth in claim **2** wherein said base includes an inner surface defining a pocket for receiving said male portion, said distal end and said finger with said male portion, said distal end and said finger complementary in configuration to said inner surface such that said distal end and said finger abut said inner surface when in said pre-bending position for limiting movement of said male portion into said pocket with said distal end and said finger spaced from said inner surface when in said first and second operating positions.

**6**. A bending brake assembly as set forth in claim **5** wherein said finger and said distal end include an outer surface abutting said inner surface when in said pre-bending position with said outer surface spaced from said inner surface when in said first and second operating positions.

**7**. A bending brake assembly as set forth in claim **6** wherein said male portion presents an arcuate upper surface adjacent to said outer surface of said distal end and engaging said inner

6

surface of said base when in said pre-bending position for guiding arcuate movement of said bending member as said male portion slides relative to said female portion.

**8**. A bending brake assembly as set forth in claim **1** including a bearing strip being sandwiched between said male portion and said female portion for facilitating relative movement between said male portion and said female portion.

**9**. A bending brake assembly as set forth in claim **8** including a first mechanical connection connecting said bearing strip to one of said male portion and said female portion.

**10**. A bending brake assembly as set forth in claim **9** wherein said first mechanical connection includes a projection and a recess for securing said bearing strip to one of said portions.

**11**. A bending brake assembly as set forth in claim **9** wherein said female portion and said male portion are arcuate and said bearing strip is arcuate and complementary to said portions.

**12**. A bending brake assembly as set forth in claim **1** wherein said male portion presents a slanted corner for bending the sheet metal material.

**13**. A bending brake assembly as set forth in claim **12** including a rubber strip secured to said slanted corner and abutting said extension when in said pre-bending position for preventing damage to the sheet metal material as said bending member moves between said first and second operating positions.

**14**. A bending brake assembly as set forth in claim **13** including a second mechanical connection connecting said rubber strip to said male portion.

**15**. A bending brake assembly as set forth in claim **14** wherein said second mechanical connection includes a protrusion and a nook for securing said rubber strip to said male portion.

\*   \*   \*   \*   \*

US007954352B2

(12) **United States Patent** (10) Patent No.: **US 7,954,352 B2**

Allen et al. (45) Date of Patent: *Jun. 7, 2011

(54) **SHEET METAL BENDING BRAKE**

(75) Inventors: **Clyde G. Allen**, Lapeer, MI (US); **Todd M. Lajewski**, Lapeer, MI (US); **Douglas Break**, Livonia, MI (US)

(73) Assignee: **Tapco International Corporation**, Wixom, MI (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **12/708,402**

(22) Filed: **Feb. 18, 2010**

(65) **Prior Publication Data**

US 2010/0147046 A1 Jun. 17, 2010

**Related U.S. Application Data**

(63) Continuation of application No. 12/051,376, filed on Mar. 19, 2008, now Pat. No. 7,685,858, which is a continuation of application No. 11/262,631, filed on Oct. 31, 2005, now abandoned.

(60) Provisional application No. 60/623,468, filed on Oct. 29, 2004.

(51) **Int. Cl.**
*B21D 11/00* (2006.01)

(52) **U.S. Cl.** ........................................... 72/319

(58) **Field of Classification Search** .................. 72/319, 72/320–323, 387, 388
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,817,075 A | 6/1974 | Marsh et al. | |
| 3,877,279 A | 4/1975 | Van Cleave | |
| 4,081,986 A | 4/1978 | Break | |
| 4,092,841 A | 6/1978 | Chambers, Jr. | |
| 4,240,279 A | 12/1980 | Rhoades | |
| 4,282,735 A | 8/1981 | Break | |
| 4,321,817 A | 3/1982 | Barnack | |
| 4,364,254 A | 12/1982 | Chubb et al. | |
| 4,372,142 A | 2/1983 | Rhoades | |
| 4,445,356 A | 5/1984 | Chubb et al. | |
| 4,489,583 A | 12/1984 | Rhoades | |
| 4,493,200 A | 1/1985 | Rhoades | |
| 4,494,397 A | 1/1985 | Rhoades | |
| 4,512,174 A | 4/1985 | Rhoades | |
| RE31,938 E | 7/1985 | Klukow | |
| 4,557,132 A | 12/1985 | Break | |

(Continued)

FOREIGN PATENT DOCUMENTS

WO 2005049243 A2 6/2005

*Primary Examiner* — Debra M Sullivan

(74) *Attorney, Agent, or Firm* — Howard & Howard Attorneys PLLC

(57) **ABSTRACT**

A bending brake assembly for manually bending pieces of sheet metal material including a base supporting a plurality of c-shaped members presenting opposing clamping surfaces for receiving the sheet metal material. An extension extends away from the clamping surfaces with a socket connection rotatably supporting a bending member on the base for bending the sheet metal material disposed between the clamping surfaces. The socket connection includes a male portion and a female portion in sliding engagement with one another as the bending member moves between a pre-bending position, a first operating position, and a second operating position. A finger extends from the male portion and defines a gap between the finger and the extension when in the pre-bending position with the finger maintaining the gap as the finger moves from the pre-bending position to the first operating position and the finger engaging the extension when in the second operating position.

**40 Claims, 8 Drawing Sheets**



**US 7,954,352 B2**

Page 2

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,566,304 A | 1/1986 | Van Cleave et al. |
| 4,592,518 A | 6/1986 | Chubb et al. |
| 4,651,553 A | 3/1987 | Rhoades |
| 4,671,094 A | 6/1987 | Break |
| 4,766,757 A | 8/1988 | Break et al. |
| 5,343,728 A | 9/1994 | Chubb et al. |
| 5,353,620 A | 10/1994 | Olsen et al. |
| 5,505,069 A | 4/1996 | Break et al. |
| 5,582,053 A | 12/1996 | Chubb et al. |
| 5,582,055 A | 12/1996 | Chubb et al. |
| 5,706,692 A | 1/1998 | Chubb et al. |
| 5,706,693 A | 1/1998 | Chubb et al. |
| 5,743,129 A | 4/1998 | Chubb et al. |
| 5,761,939 A | 6/1998 | Spencer et al. |
| 5,992,203 A | 11/1999 | Chubb et al. |
| 6,003,357 A | 12/1999 | Brown |
| 6,085,569 A | 7/2000 | Chubb et al. |
| 6,389,864 B1 | 5/2002 | Chubb et al. |
| 6,571,594 B2 | 6/2003 | Clark |
| 6,675,619 B2 | 1/2004 | Clark |
| 6,802,198 B2 | 10/2004 | Clark |
| 6,901,783 B2 | 6/2005 | Clark |
| 6,941,788 B2 | 9/2005 | Goubaud |
| 7,043,950 B2 | 5/2006 | Clark et al. |
| 7,117,705 B2 | 10/2006 | Clark |
| 7,191,631 B2 | 3/2007 | Break |
| 7,228,721 B2 | 6/2007 | Clark |
| 2002/0124621 A1 | 9/2002 | Clark |
| 2003/0084698 A1 | 5/2003 | Clark |
| 2004/0099034 A1 | 5/2004 | Clark |
| 2005/0103081 A1 | 5/2005 | Break |
| 2005/0150269 A1 | 7/2005 | Clark |
| 2007/0175257 A1 | 8/2007 | Break |
| 2007/0277577 A1 | 12/2007 | Allen et al. |
| 2008/0034828 A1 | 2/2008 | Clark |
| 2008/0223103 A1 | 9/2008 | Allen et al. |



FIG - 1



FIG - 2



**FIG - 3**



FIG - 4



**FIG - 5**

**FIG - 6**



**FIG - 7**



**FIG - 8**



FIG - 9

FIG - 10

US 7,954,352 B2

**1**

## SHEET METAL BENDING BRAKE

### CROSS REFERENCE TO RELATED APPLICATION

This application is a Continuation of U.S. Non-Provisional patent application Ser. No. 12/051,376 filed on Mar. 19, 2008, which is now U.S. Pat. No. 7,685,858, which is a Continuation of U.S. Non-Provisional patent application Ser. No. 11/262,631 filed on Oct. 31, 2005, which is now abandoned, which claims the benefit of U.S Provisional Patent Application Ser. No. 60/623,468, filed Oct. 29, 2004, in which all contents are incorporated herein in their entirety.

### BACKGROUND OF THE INVENTION

1. Field of the Invention

The subject invention relates to a bending brake assembly for manually bending pieces of sheet metal material.

2. Description of the Prior Art

A bending brake assembly generally includes a base and a plurality of generally c-shaped members supported by the base and each presenting opposing clamping surfaces for receiving a sheet of metal material between the clamping surfaces. Furthermore, the assembly generally includes a bending member and a socket connection rotatably supporting the bending member on the base for bending a piece of sheet metal material disposed between the clamping surfaces. The socket connection generally includes a male portion and a female portion in sliding engagement with one another or connected by a pin hinge connection to one another. Examples of bending brake assemblies and socket connections as specified are shown in U.S. Pat. No. 4,282,735, issued to Douglas G. Break and in U.S. Pat. No. 6,389,864, issued to Arthur B. Chubb. Further, U.S. Pat. No. 4,282,735 discloses a finger in constant engagement with an extension as the bending member rotates to bend the sheet metal material. The effort required to rotate the bending member is greater than other designs due to the constant engagement between the finger and the extension. Also, a portion of the bending member abuts and moves along the sheet metal material as the bending member rotates to bend the sheet metal material, which may cause marring of the sheet metal material. Another example is U.S. Pat. No. 4,557,132 issued to Douglas G. Break which discloses a bending brake assembly including a base having a plurality of projections spaced from each other and disposed along a length of the bending brake assembly. Each of the projections of the base define a slot for receiving a pin. The bending brake assembly further includes a bending member having a plurality of projections spaced from each other with each of the projections of the bending member defining an opening. Each of the projections of the bending member is disposed between a pair of adjacent projections of the base such that the pin is disposed through the slot and the opening of each of the projections of the base and the bending member for coupling the bending member to the base to allow movement of the bending member relative to the base. However, each of the projections and the opening of the bending member and each of the projections and the slot of the base are formed by machining which is expensive and time consuming to manufacture.

Constant and continuous usage of the bending brake assembly causes the male portion to erode due to the frictional force generated by the surface of the male portion sliding

**2**

against the surface of the female portion during the process of bending a piece of sheet metal material.

### SUMMARY OF THE INVENTION AND ADVANTAGES

The present invention provides such a bending brake assembly including a bearing strip being sandwiched between a male portion and a female portion for facilitating relative movement between the male portion and the female portion. The present invention further provides for an extension extending from a base and a finger extending from the male portion and defining a gap between the finger and the extension when in a pre-bending position with the finger maintaining the gap as the finger moves from the pre-bending position to a first operating position and the finger engaging the extension when in a second operating position for reducing an amount of effort to elevate a bending member and for improving a precision of bending a sheet metal material. In addition, the male portion contacts the sheet metal material in substantially a same relative position of contact during movement from the pre-bending position to the first and second operating positions which aids in minimizing marring of the sheet metal material. Additionally, the finger and the extension design eliminates having to machine some of the components as required in the prior art design as discussed above.

The bearing strip minimizes the erosion of the male portion due to the frictional force generated by the surface of the male portion sliding against the surface of the female portion during the process of bending a piece of sheet metal material.

### BRIEF DESCRIPTION OF THE DRAWINGS

Other advantages of the present invention will be readily appreciated, as the same becomes better understood by reference to the following detailed description when considered in connection with the accompanying drawings wherein:

FIG. **1** is a perspective view of a sheet bending brake assembly embodying the invention;

FIG. **2** is a perspective view of a base of the present invention;

FIG. **3** is an alternative perspective view of the base shown in FIG. **2**;

FIG. **4** is a vertical sectional view of the sheet bending brake assembly;

FIG. **5** is an alternative vertical sectional view of the sheet bending brake assembly;

FIG. **6** is a front view of the sheet bending brake assembly;

FIG. **7** is an alternative perspective view of the sheet bending brake assembly;

FIG. **8** is a top plan view of the sheet bending brake assembly;

FIG. **9** is a perspective view of a socket connection of the present invention; and

FIG. **10** is an operational perspective view of the socket connection shown in FIG. **9**.

### DETAILED DESCRIPTION OF THE INVENTION

Referring to the Figures, wherein like numerals indicate corresponding parts throughout the several views, a bending brake assembly for manually bending pieces of sheet metal material is shown including a base (**20**). A plurality of generally c-shaped members (**22**) are supported by the base (**20**) and each c-shaped member (**22**) presents opposing clamping surfaces (**24**) for receiving a sheet metal material between the

US 7,954,352 B2

3

clamping surfaces (**24**). An extension (**60**) extends from the base (**20**) away from the clamping surfaces (**24**) to a distal surface (**62**).

The bending brake assembly also includes a bending member (**26**). A socket connection (**28**) rotatably supports the bending member (**26**) on the base (**20**) for bending a piece of sheet metal material disposed between the clamping surfaces (**24**). The socket connection (**28**) includes a male portion (**30**) and a female portion (**32**) in sliding engagement with one another.

The bending brake assembly includes a bearing strip (**34**) being sandwiched between the male portion (**30**) and the female portion (**32**) for facilitating relative movement between the male portion (**30**) and the female portion (**32**). The bearing strip (**34**) minimizes the erosion of the male portion (**30**) which occurs due to the frictional force exerted on the male portion (**30**) when the male portion (**30**) slides against the female portion (**32**) due to the bending member (**26**) being used to bend sheet metal material.

The bending brake assembly also includes a first mechanical connection (**36**) that connects the bearing strip (**34**) to one of the male portion (**30**) and the female portion (**32**). The first mechanical connection (**36**) includes a projection (**38**) and a recess (**40**) for securing the bearing strip (**34**) to one of the portions (**30**, **32**).

The female portion (**32**) and the male portion (**30**) are arcuate and the bearing strip (**34**) is arcuate and complementary to the portions (**30**, **32**). The male portion (**30**) presents an arcuate upper surface (**42**) and the base (**20**) includes an inner surface (**64**) defining a pocket (**44**) with the arcuate upper surface (**42**) engaging the inner surface (**64**). The pocket (**44**) defines a fulcrum engaging the upper surface (**42**) of the male portion (**30**) for guiding arcuate movement of the bending member (**26**) as the arcuate male portion (**30**) slides along the bearing strip (**34**).

The male portion (**30**) is configured for applying force to a sheet metal material so that the sheet metal material can be bent with precision and accuracy. The configuration entails the male portion (**30**) presenting a slanted corner (**46**) for bending the sheet metal material. The slanted corner (**46**) permits direct force to be applied to the sheet metal material at a particular location.

A rubber strip (**48**) is secured to the slanted corner (**46**) and abut the extension (**60**) when in a pre-bending position for preventing damage to the sheet metal material as the bending member (**26**) moves between a first operating position and a second operating position. In operation the bending member (**26**) is raised which causes the rubber strip (**48**) secured to the slanted corner (**46**) to directly contact sheet metal material. The rubber strip (**48**) prevents the possibility of slippage by the bending member (**26**) once it contacts the sheet metal material. The rubber strip (**48**) also prevents the sheet metal material from being marred by scratches and dents which could occur if the bending member (**26**) directly contacted the sheet metal material during the bending process. Both the bending member (**26**) and the sheet metal material are formed of metal properties which make it likely that the sheet metal material could be damaged by impact of the two metals contacting each other directly during the bending process.

A second mechanical connection (**50**) secures the rubber strip (**48**) to the male portion (**30**). The second mechanical connection (**50**) includes a protrusion (**52**) and a nook (**54**) for securing the rubber strip (**48**) to the male portion (**30**).

A finger (**56**) extends from a distal end (**58**) of the male portion (**30**) for engaging the pocket (**44**) to limit movement of the male portion (**30**) into the pocket (**44**) in the pre-bending position of the bending member (**26**). The finger (**56**)

4

extends from the male portion (**30**) and defines a gap (**66**) between the finger (**56**) and the extension (**60**) when in the pre-bending position. The finger (**56**) maintains the gap (**66**) as the finger (**56**) moves from the pre-bending position to the first operating position and the finger (**56**) engages the extension (**60**) when in the second operating position for reducing an amount of effort to elevate the bending member (**26**) and for improving a precision of bending the sheet metal material. Referring to FIGS. **9** and **10**, the bending member (**26**) is shown in the pre-bending position in solid lines. Further, as shown in phantom lines in FIG. **10**, the bending member (**26**) is shown in the first and second operating positions. The gap (**66**) reduces in size as the distal end (**58**) and the finger (**56**) move from the pre-bending position to the first operating position. The finger (**56**) and the distal end (**58**) further include an outer surface (**68**) abutting the inner surface (**64**) of the base (**20**) when in the pre-bending position with the outer surface (**68**) spaced from the inner surface (**64**) when in the first and second operating positions. The finger (**56**) also behaves as a stop for the male portion (**30**) by ensuring that the male portion (**30**) does not disengage from the female portion (**32**) during the bending process wherein the bending member (**26**) is elevated. More specifically, the finger (**56**) includes an engagement surface (**70**) configured to complement the distal end surface (**62**) for maintaining engagement between the finger (**56**) and the extension (**60**) when in the second operating position.

Obviously, many modifications and variations of the present invention are possible in light of the above teachings. The invention may be practiced otherwise than as specifically described within the scope of the appended claims, wherein that which is prior art is antecedent to the novelty set forth in the "characterized by" clause. The novelty is meant to be particularly and distinctly recited in the "characterized by" clause whereas the antecedent recitations merely set forth the old and well-known combination in which the invention resides. These antecedent recitations should be interpreted to cover any combination in which the incentive novelty exercises its utility. In addition, the reference numerals in the claims are merely for convenience and are not to be read in any way as limiting.

What is claimed is:

**1**. A bending brake assembly for manually bending pieces of sheet metal material comprising:

a base defining a pocket;

a plurality of members supported by said base and each presenting opposing clamping surfaces for receiving the sheet metal material;

an extension extending away from said clamping surfaces;

a bending member movable between a pre-bending position, a first operating position, and a second operating position;

a socket connection supporting said bending member and including a male portion and a female portion each at least partially disposed in said pocket; and

a finger extending from said male portion and defining a gap between said finger and said extension when in said pre-bending position with said finger maintaining said gap as said finger moves from said pre-bending position to said first operating position and said finger engaging said extension when in said second operating position.

**2**. A bending brake assembly as set forth in claim **1** wherein said male portion includes a distal end with said finger extending from said distal end such that said gap reduces size as said distal end and said finger move from said pre-bending position to said first operating position.

US 7,954,352 B2

5

**3**. A bending brake assembly as set forth in claim **2** wherein said extension extends to a distal end surface for engaging said finger when in said second operating position.

**4**. A bending brake assembly as set forth in claim **3** wherein said finger includes an engagement surface configured to complement said distal end surface for maintaining engagement between said finger and said extension when in said second operating position.

**5**. A bending brake assembly as set forth in claim **2** wherein said base includes an inner surface defining said pocket for receiving said male portion, said distal end and said finger with said male portion, said distal end and said finger complementary in configuration to said inner surface such that said distal end and said finger abut said inner surface when in said pre-bending position for limiting movement of said male portion into said pocket with said distal end and said finger spaced from said inner surface when in said first and second operating positions.

**6**. A bending brake assembly as set forth in claim **5** wherein said finger and said distal end include an outer surface abutting said inner surface when in said pre-bending position with said outer surface spaced from said inner surface when in said first and second operating positions.

**7**. A bending brake assembly as set forth in claim **6** wherein said male portion presents an arcuate upper surface adjacent to said outer surface of said distal end and engaging said inner surface of said base when in said pre-bending position for guiding arcuate movement of said bending member as said male portion moves relative to said female portion.

**8**. A bending brake assembly as set forth in claim **1** including a bearing strip being sandwiched between said male portion and said female portion for facilitating relative movement between said male portion and said female portion.

**9**. A bending brake assembly as set forth in claim **8** including a first mechanical connection connecting said bearing strip to one of said male portion and said female portion.

**10**. A bending brake assembly as set forth in claim **9** wherein said first mechanical connection includes a projection and a recess for securing said bearing strip to one of said portions.

**11**. A bending brake assembly as set forth in claim **9** wherein said female portion and said male portion are arcuate and said bearing strip is arcuate and complementary to said portions.

**12**. A bending brake assembly as set forth in claim **1** wherein said members are further defined as generally c-shaped members presenting said opposing clamping surfaces.

**13**. A bending brake assembly as set forth in claim **1** wherein said male portion presents a slanted corner for bending the sheet metal material.

**14**. A bending brake assembly as set forth in claim **13** including a rubber strip secured to said slanted corner and abutting said extension when in said pre-bending position for preventing damage to the sheet metal material as said bending member moves between said first and second operating positions.

**15**. A bending brake assembly as set forth in claim **14** including a second mechanical connection connecting said rubber strip to said male portion.

**16**. A bending brake assembly as set forth in claim **15** wherein said second mechanical connection includes a protrusion and a nook for securing said rubber strip to said male portion.

**17**. A bending brake assembly for manually bending pieces of sheet metal material comprising:

a base;

6

a plurality of members supported by said base and each presenting opposing clamping surfaces for receiving the sheet metal material;

an extension extending away from said clamping surfaces;

a bending member movable between a pre-bending position, a first operating position, and a second operating position;

a male portion coupled to said bending member;

a female portion coupled to said base with said male portion movable relative to said female portion as said bending member moves between said pre-bending position, said first operating position and said second operating position; and

a finger extending from said male portion and defining a gap between said finger and said extension when in said pre-bending position with said finger maintaining said gap as said finger moves from said pre-bending position to said first operating position and said finger engaging said extension when in said second operating position.

**18**. A bending brake assembly as set forth in claim **17** including a bearing strip being sandwiched between said male portion and said female portion for facilitating relative movement between said male portion and said female portion.

**19**. A bending brake assembly as set forth in claim **18** including a first mechanical connection connecting said bearing strip to one of said male portion and said female portion.

**20**. A bending brake assembly as set forth in claim **19** wherein said first mechanical connection includes a projection and a recess for securing said bearing strip to one of said portions.

**21**. A bending brake assembly as set forth in claim **18** wherein said female portion and said male portion are arcuate and said bearing strip is arcuate and complementary to said portions.

**22**. A bending brake assembly as set forth in claim **17** wherein said male portion presents a slanted corner for bending the sheet metal material.

**23**. A bending brake assembly as set forth in claim **22** including a rubber strip secured to said slanted corner and abutting said extension when in said pre-bending position for preventing damage to the sheet metal material as said bending member moves between said first and second operating positions.

**24**. A bending brake assembly as set forth in claim **23** including a second mechanical connection connecting said rubber strip to said male portion.

**25**. A bending brake assembly as set forth in claim **24** wherein said second mechanical connection includes a protrusion and a nook for securing said rubber strip to said male portion.

**26**. A bending brake assembly as set forth in claim **17** wherein said male portion includes a distal end with said finger extending from said distal end such that said gap reduces size as said distal end and said finger move from said pre-bending position to said first operating position.

**27**. A bending brake assembly as set forth in claim **17** wherein said extension extends to a distal end surface for engaging said finger when in said second operating position.

**28**. A bending brake assembly as set forth in claim **27** wherein said finger includes an engagement surface configured to complement said distal end surface for maintaining engagement between said finger and said extension when in said second operating position.

**29**. A bending brake assembly for manually bending pieces of sheet metal material comprising:

a base;

US 7,954,352 B2

**7**

a plurality of members supported by said base and each presenting opposing clamping surfaces;

an extension extending away from said clamping surfaces;

a bending member movable between a pre-bending position, a first operating position, and a second operating position;

a socket connection supporting said bending member and including a male portion and a female portion with said male portion movable relative to said female portion as said bending member moves between said pre-bending position, said first operating position and said second operating position; and

a finger extending from said male portion and defining a gap between said finger and said extension when in said pre-bending position with said finger maintaining said gap as said finger moves from said pre-bending position to said first operating position and said finger engaging said extension when in said second operating position.

**30**. A bending brake assembly as set forth in claim **29** including a bearing strip being sandwiched between said male portion and said female portion for facilitating relative movement between said male portion and said female portion.

**31**. A bending brake assembly as set forth in claim **30** including a first mechanical connection connecting said bearing strip to one of said male portion and said female portion.

**32**. A bending brake assembly as set forth in claim **31** wherein said first mechanical connection includes a projection and a recess for securing said bearing strip to one of said portions.

**33**. A bending brake assembly as set forth in claim **30** wherein said female portion and said male portion are arcuate and said bearing strip is arcuate and complementary to said portions.

**8**

**34**. A bending brake assembly as set forth in claim **29** wherein said male portion presents a slanted corner for bending the sheet metal material.

**35**. A bending brake assembly as set forth in claim **34** including a rubber strip secured to said slanted corner and abutting said extension when in said pre-bending position for preventing damage to the sheet metal material as said bending member moves between said first and second operating positions.

**36**. A bending brake assembly as set forth in claim **35** including a second mechanical connection connecting said rubber strip to said male portion.

**37**. A bending brake assembly as set forth in claim **36** wherein said second mechanical connection includes a protrusion and a nook for securing said rubber strip to said male portion.

**38**. A bending brake assembly as set forth in claim **29** wherein said male portion includes a distal end with said finger extending from said distal end such that said gap reduces size as said distal end and said finger move from said pre-bending position to said first operating position.

**39**. A bending brake assembly as set forth in claim **29** wherein said extension extends to a distal end surface for engaging said finger when in said second operating position.

**40**. A bending brake assembly as set forth in claim **39** wherein said finger includes an engagement surface configured to complement said distal end surface for maintaining engagement between said finger and said extension when in said second operating position.

\* \* \* \* \*