Court File Number: 2:23-CV-10797-GAD-EAS

## SERVICE OF JUDICIAL DOCUMENTS
## PROVINCE OF ONTARIO, CANADA

*Pursuant to paragraph 10 (c) of the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters*

**BETWEEN:**

WESTLAKE ROYAL BUILDING PRODUCTS INC.

Plaintiff

- and -

INNOVATOOLS INC.

Defendant

## CERTIFICATE OF SERVICE

I, Colleen Couvrette, Process Server of the City of Ottawa, Province of Ontario make oath and say:

1. On July 13th, 2023, at 11:20 a.m., I served Innovatools Inc. with the judicial documents listed below, by leaving a copy (in duplicate) with Alexandre Cloutier, Owner, at 109 Clement Street, Vars, Ontario, Canada, K0A 3H0.

2. The documents served pertain to case no. 2:23-CV-10797-GAD-EAS of the United States District Court for the Eastern District of Michigan and are described as follows:

    - The Complaint against the Defendant dated April 6, 2023;
    - The Exhibits attached to the Original Complaint against the Defendant dated April 6, 2023;
    - The Civil Cover Sheet dated April 6, 2023; and
    - Issued Summons dated April 10, 2023.

3. As per the Issued Summons referenced above, the Defendant has been informed that there is a 21-day time limit from this date to serve an answer to the attached Complaint on the Plaintiff or the Plaintiff's attorney whose name and address are:

    Jeffrey S. Standley
    Standley Law Group LLP
    6300 Riverside Drive
    Dublin, OH
    43017–5315
    jstandley@standleyllp.com

1

4. I was able to identify the person by means of verbal acknowledgement.

5. Sworn before me (select one):    ☑ In Person        ☐ by video conference
   at the City of Ottawa, Province of Ontario
   on July 14th, 2023

_____              _____
**Commissioner for Oaths**                              **Colleen Couvrette**

Matthew Anthony Michael Couvrette, a
Commissioner, etc., Province of Ontario,
for Couvrette Legal Services Inc., and for
Process Serving only
Expires May 15, 2024